UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW CRUTCHER,

Plaintiff, Racine County Case No. 26-CV-1225

vs.

BRITTANY PEREZ
VITALCORE HEALTH STRATEGIES, LLC, and
RACINE COUNTY,

Defendants.

# NOTICE OF REMOVAL

TO: CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN – MILWAUKEE DIVISION

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 & 1446, Defendants VitalCore Health Strategies LLC and Racine County ("Defendants") hereby remove the action captioned *Andrew Crutcher v. Brittany Perez et al.*, Case No. 2026CV001225, in the Circuit Court of Racine County, Wisconsin ("the State Court Action") to the United States District Court for the Eastern District of Wisconsin – Milwaukee Division and hereby state the following grounds for removal:

1. On September 1, 2026, Plaintiff Andrew Crutcher commenced the State Court Action. The Complaint asserts claims against Defendant Perez for violation of 42 U.S.C. § 1983 (Fourteenth and Eighth Amendment violations related to bodily

integrity, sexual assault, and interference with mental health treatment), Wis. Stat. § 895.441 (sexual exploitation by a therapist), civil battery and sexual assault, and intentional infliction of emotional distress; against Defendant VitalCore Health Strategies LLC for violation of 42 U.S.C. § 1983 (unconstitutional policy, custom, practice, and failure to train or supervise) and negligent training, supervision, and retention; and against Defendant Racine County for violation of 42 U.S.C. § 1983 under a *Monell* claim theory (unconstitutional policy, custom, practice, and failure to supervise). A true and correct copy of the Summons and Complaint filed in the State Court Action is attached hereto as **Exhibit A**.

2. Defendant VitalCore Health Strategies LLC, through its registered agent, received the Summons and Complaint in the State Court Action on September 4, 2026. Defendant Racine County, through its registered agent, received the Summons and Complaint in the State Court Action on September 10, 2026. Thus, this notice is timely pursuant to 28 U.S.C. § 1446(b).

3. Under 28 U.S.C. § 1331 federal courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, warranting federal question jurisdiction, because it is a civil action arising under the Constitution and laws of the United States, specifically 42 U.S.C. § 1983.

5. The Court may exercise supplemental jurisdiction over the remaining state law claims under 28 U.S.C. § 1367 as the claims arise from "the same case or controversy. . ."

6. Plaintiff alleges that all Defendants violated his rights under the United States Constitution. (Ex. A, Summons and Complaint, ¶¶ 76-102).

7. Plaintiff alleges that Defendant Brittany Perez violated his Eighth and Fourteenth Amendment rights through sexual assault, deprivation of bodily integrity, and intentional interference with necessary mental health and substance-use treatment. (*Id.* at ¶¶ 76-88).

8. Plaintiff alleges that Defendant Racine County violated his constitutional rights through unconstitutional policy, custom, practice, and failure to supervise under a *Monell* theory of liability. (*Id.* at ¶¶ 89-95).

9. Plaintiff alleges that Defendant VitalCore Health Strategies LLC violated his constitutional rights through unconstitutional policy, custom, practice, and failure to train or supervise. (*Id.* at ¶¶ 96-102).

10. Under 28 U.S.C. § 1441(a), the State Court Action may be removed to the United States District Court for the Eastern District of Wisconsin – Milwaukee Division, because it is the United States District Court for the district and division embracing the place where the State Court Action is pending.

11. A copy of this Notice of Removal is being filed concurrently with the Clerk of the Circuit Court of Racine County, Wisconsin and is being served on counsel for Plaintiff. See 28 U.S.C. § 1446 (a) and (d). The Circuit Court of Racine County, Wisconsin, is located within the jurisdiction of this Court. A copy of the Notice of Filing of Notice of Removal to be filed in the State Court Action is attached hereto as Exhibit B.

12. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief may be granted.

13. Defendants reserve the right to amend or supplement this Notice.

WHEREFORE, Defendants VitalCore Health Strategies LLC and Racine County hereby remove the State Court Action to this Court.

Dated this 22nd day of September, 2026.

MEISSNER TIERNEY FISHER & NICHOLS, S.C.

/s/ Jacob A. Sosnay
Jacob A. Sosnay
State Bar No. 1063964
jas@mtfn.com
Alyssa Chojnacki Beckham
State Bar No. 1124669
acb@mtfn.com
**Attorneys for Defendant Racine County**

111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202
Phone (414) 273-1300

Dated this 22nd day of September, 2026.

KOPKA LAW GROUP

/s/ *Herschel B. Brodkey*
Herschel B. Brodkey
State Bar No. 1117719
hbbrodkey@kopkalaw.com
**Attorneys for Defendant VitalCore Health Strategies LLC**

N19W2400 Riverwood Dr, Suite 260
Waukesha, WI 53188
Phone: (414) 251-0320